Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Yuan Li

**RECEIVED**

**MAY - 7 2012**

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No.: 12-34 (JAP) |
| Plaintiff, | |
| v. | |
| YUAN LI, | CONSENT ORDER |
| Defendant. | |

Yuan Li, by her attorney Paul B. Brickfield, Esq. of Brickfield & Donahue, having moved this Court for an Order directing that the $150,000.00 cash bail posted by John Tang, Esq. through his attorney trust account check in his capacity as attorney for Yuan Li, shall after sentencing in this matter, be paid to Paul B. Brickfield, P.C. attorney trust account, and for good and sufficient cause shown;

IT IS HEREBY ORDERED this ___3d___ day of ~~April~~ May 2012 that the $150,000.00 cash posted in connection with the Order Setting Conditions of Release dated July 15, 2011 shall be paid by the Clerk of the United States District Court for the District of New Jersey after sentencing to the Paul B. Brickfield, P.C. attorney trust account for return to the appropriate parties.

1

_____
Honorable Joel A. Pisano, U.S.D.J.

Consented to:

_____
John Tang, Esq.

_____
Paul B. Brickfield, Esq.